IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMMIE THOMAS[1]
ADC# 114442                                                                  PETITIONER

vs.                         Case No. 3:16-cv-00046 DPM-JTK

CRAIGHEAD COUNTY CIRCUIT COURT et al.                  RESPONDENTS

## ORDER

The District Judge has reclassified this matter as a 530 habeas case. The Clerk is directed to forward to Petitioner Forms AO 240 (IFP Application) and AO 241 (habeas petition under 28 U.S.C. § 2254). Within twenty-one (21) days, Petitioner shall complete Form AO 241 and file it with the Court and pay the $5 filing fee or submit Form AO 240.

Petitioner is hereby advised that the failure to timely and properly comply with this Order could result in the dismissal of the action, without prejudice, pursuant to Local Rule 5.5(c)(2).[2]

IT IS SO ORDERED this 18th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Arkansas Department of Correction Inmate Search lists Petitioner on the Craighead County Waiting List and spells his name as "Jamie G. Thomas."

[2] Petitioner is hereby notified of his responsibility to comply with the Local Rules of the Court including Rule 5.5(c)(2), which states:

> It is the duty of any party not represented by Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.