IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMMIE THOMAS                                                                              PLAINTIFF

v.                                          No. 3:16-cv-46-DPM

CRAIGHEAD COUNTY CIRCUIT
COURT, Clerk and CRAIGHEAD
COUNTY PROSECUTOR'S OFFICE,
Corey L. Seats, Deputy Prosecuting Attorney                               DEFENDANTS

ORDER

Thomas hasn't paid the $5.00 filing fee, filed an application to proceed *in forma pauperis*, or filed the form *habeas* petition the Court sent him to complete. № 3. The time to do so has passed. The Court therefore withdraws the reference and will dismiss Thomas's petition without prejudice. LOCAL RULE 5.5(c)(2). No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1) & (2).

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

18 March 2016