IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMMIE THOMAS                                                                    PLAINTIFF

v.                              No. 3:16-cv-46-DPM

CRAIGHEAD COUNTY CIRCUIT
COURT, Clerk and CRAIGHEAD
COUNTY PROSECUTOR'S OFFICE,
Corey L. Seats, Deputy Prosecuting Attorney                DEFENDANTS

JUDGMENT

Thomas's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 March 2016